Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorney for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>     Plaintiff,<br><br>   vs.<br><br>RI-CLOVIS, LLC, a California limited liability company, et al.,<br><br>     Defendants. | No. 1:15-cv-00498-JAM-GSA<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

   IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants RI-Clovis, LLC, a California limited liability company; Douglas C. Hayden; Robert L. Hayden; Matthew Hayden; Neil Louis Hansen, Trustee of the Neil Louis Hansen Living Trust dated November 1, 2012; and David M.C. Adee; the parties who have appeared in this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

| | | |
|---|---|---|
| 1 | Date: June 8, 2015 | MOORE LAW FIRM, P.C. |
| 2 | | |
| 3 | | */s/ Tanya E. Moore* |
| | | Tanya E. Moore |
| 4 | | Attorney for Plaintiff |
| | | Ronald Moore |
| 5 | | |
| 6 | Date: June 8, 2015 | KUVULA, ARMIJO & GARCIA |

<br>

/s/ Edward Garcia
Edward Garcia
Attorneys for Defendants
RI-Clovis, LLC, a California limited liability company; Douglas C. Hayden; Robert L. Hayden; Matthew Hayden; Neil Louis Hansen, Trustee of the Neil Louis Hansen Living Trust dated November 1, 2012; and David M.C. Adee

## ORDER

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED**.

Dated: 6/8/2015                    /s/ John A. Mendez
                                    United States District Court Judge